UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

T-JAT SYSTEMS 2006 LTD.,

                    Plaintiff,

-v-

AMDOCS SOFTWARE SYSTEMS LIMITED, et al.

                    Defendants.

------------------------------------------------------------X

13 Civ. 5356 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court writes in order to clarify the issues that the parties raised in their most recent letters. Dkt. 49–50. The Court's September 13, 2013 temporary restraining order (TRO), Dkt. 33, expired by its own terms on September 27, 2013. The Court has neither received an application to renew the TRO nor is aware of a basis on which to renew it. To the extent that any of the issues dealt with by the TRO still require resolution, they are for the arbitrator to decide, as both sides have committed this dispute to arbitration and have informed the Court that an arbitrator has been appointed.

T-Jat brought this action against both Amdocs and Sing-Tel Ltd. The dispute between T-Jat and Amdocs is contractually committed to arbitration; the dispute between T-Jat and Sing-Tel is not. Accordingly, the Court hereby orders all of T-Jat's claims against Amdocs in this case stayed pending arbitration. This stay does not apply to any claims against Sing-Tel.

SO ORDERED.

_Paul A. Engelmayer_
Paul A. Engelmayer
United States District Judge

Dated: October 2, 2013
       New York, New York