# SHIB🌍LETH

Shiboleth LLP

November 13, 2013

Honorable Harold Baer, Jr.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
*By ECF and Hand Delivery*

### *T-Jat Systems 2006 Ltd. v. Amdocs Software Systems Limited, et al.*
1:13-CV-05356 (HB)

Dear Judge Baer:

I write on behalf of Petitioner T-Jat Systems 2006 Ltd. ("T-Jat"). I understand that the case file from Judge Engelmayer arrived in your Chambers this afternoon.

Currently pending before Your Honor is T-Jat's motion for an anti-suit injunction, order of contempt and order of sanctions. In accordance with your Individual Practice Rules, we are delivering herewith courtesy copies of both sides' papers including T-Jat's motion papers, Amdocs's opposition, and T-Jat's reply, e-filed today. The reply memorandum is included and tabbed in the binder with our motion papers.

We respectfully request to be heard as promptly as possible on T-Jat's motion. The matter is quite urgent as Amdocs is proceeding with its widely publicized case in Israel against T-Jat and its officers and shareholders, and T-Jat seeks, as promptly as possible, to enjoin Amdocs from proceeding down that path. I am available anytime Thursday, Friday or Monday. Gideon Drori, CEO of T-Jat, will be in New York Monday and would like to be in court if the matter is heard then.

Respectfully yours,

Charles B. Manuel, Jr.

Copy:  Counsel for Amdocs

1 Penn Plaza, Suite 2527 · New York, NY 10119
Phone 212-244-4111 · Fax 212-563-7108 · Email info@shiboleth.com