UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/13
```

------------------------------------------------------------x

T-JAT SYSTEMS 2006 LTD.,

                Petitioner,                      13 CV 5356

              - against -

AMDOCS SOFTWARE SYSTEMS LIMITED,
AMDOCS LIMITED, AMDOCS, INC. and
SINGAPORE TELECOMMUNICATIONS LIMITED,

                Respondents.
------------------------------------------------------------x

### PROPOSED ORDER GRANTING MOTION TO FILE UNDER SEAL

The matter comes before the Court on the Petitioner's Motion to File Under Seal.

Upon consideration of Petitioner's motion, it is hereby ORDERED that the Motion is GRANTED. *presumably on consent,*

*[signature]* 12/5/13

United States District Judge