UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
:
T-JAT SYSTEMS 2006 LTD.,                                          :
:
                 Plaintiff,                         :
:
  -v-                                                             :  No. 1:13-cv-5356 (JMF)
:
AMDOCS SOFTWARE SYSTEMS LIMITED et al.,                           :
:
                 Defendants.                       :
:
------------------------------------------------------------------ X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Baruch Weiss, an attorney with the law firm of Arnold & Porter LLP, duly admitted to the Bar of this Court and a member in good standing of this Court, hereby appears as counsel of record for Plaintiff T-Jat Systems 2006 Ltd. in the above-captioned action.

Dated:  Washington, D.C.
        July 14, 2014

                                        Respectfully submitted,

                                        /s/ Baruch Weiss
                                        Baruch Weiss
                                        ARNOLD & PORTER LLP
                                        555 Twelfth Street, NW
                                        Washington, D.C. 20004-1206
                                        (202) 942-6819
                                        (202) 942-5999 (fax)
                                        Baruch.Weiss@aporter.com

                                        ARNOLD & PORTER LLP
                                        399 Park Avenue
                                        New York, New York 10022

                                        *Counsel for Plaintiff T-Jat Systems 2006 Ltd.*