# ARNOLD & PORTER LLP

**Baruch Weiss**
Baruch.Weiss@aporter.com

+1 202.942.6819
+1 202.942.5999 Fax

555 Twelfth Street, NW
Washington, DC 20004-1206

July 18, 2014

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re:   T-Jat Systems v. Amdocs Software, No. 1:13-cv-05356-JMF

Dear Judge Furman:

The undersigned is counsel for T-Jat. With the consent of opposing counsel, T-Jat submits this letter jointly asking that this Court "So Order" this letter, thereby authorizing T-Jat to file its submissions under seal on a temporary basis until the Court has the opportunity to further consider the issue.

This matter has a deadline of today.

Under sections 10 and 12 of the Federal Arbitration Act, Plaintiff T-Jat Systems 2006 Ltd. ("T-Jat") is preparing to file a Notice of Motion to Vacate Part of the Arbitration Award issued on April 18, 2014, in *T-Jat Systems 2006 Ltd. v. Amdocs Software Systems Ltd*, ICDR Case No. 50 117 T 00845 13. The three month statutory deadline for filing is today, *see* 9 U.S.C. § 12, and we are prepared to file today.

Counsel for the three defendants Amdocs Software Systems Limited, Amdocs Limited, and Amdocs, Inc. (collectively, "Amdocs") has advised me that he believes that arbitration proceeding was confidential, and as such, the Award, transcripts and exhibits from the proceeding, must be filed under seal. T-Jat disagrees. So as not to effectively preempt Amdocs on this issue, both parties respectfully request that the Court issue an order authorizing T-Jat to file the memorandum of law and supporting documents under seal as a temporary measure until Amdocs has an opportunity to present its argument to the Court.

ARNOLD & PORTER LLP

The Honorable Jesse M. Furman
July 18, 2014
Page 2

We respectfully request that you "So Order" this letter. We note that this matter is set for a conference before your Honor on July 23, 2014 at 4:45 p.m., which will present the Court with the opportunity to consider this issue further.

                              Respectfully Submitted,

                              /s/ Baruch Weiss
                              Baruch Weiss
                              *Counsel for Plaintiff T-Jat Systems 2006 Ltd.*

T-Jat is hereby authorized to file its submissions under seal until further order of this Court.

So Ordered:

_____
Jesse M. Furman
U.S. District Judge
Southern District of New York