UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
:
T-JAT SYSTEMS 2006 LTD., : No. 1:13-cv-5356 (JMF)
:
              Plaintiff, :
: **NOTICE OF MOTION TO**
  -v- : **VACATE A PORTION OF**
: **THE ARBITRATION AWARD**
AMDOCS SOFTWARE SYSTEMS LIMITED et al., :
:
          Defendants. : **Oral Argument Requested**
:
------------------------------------------------------------------ X

      PLEASE TAKE NOTICE that, upon the accompanying sealed Declaration of Baruch Weiss dated July 18, 2014, and Memorandum of Law in Support of Plaintiff's Motion to Vacate a Portion of the Arbitration Award, and sealed exhibits attached thereto, Plaintiff will move this Court before the Honorable Jesse M. Furman, United States District Court Judge for the Southern District of New York, at the United States District Courthouse, 40 Foley Square, New York, New York 10007, and at such time as the Court shall direct, for an Order pursuant to section 10 of the Federal Arbitration Act (9 U.S.C. §§ 1-16), vacating a portion of the Arbitration Award dated April 18, 2014, in *T-Jat Systems 2006 Ltd. v. Amdocs Software Systems Ltd.*, ICDR Case No. 50 117 T 00845 13; reinstating the First, Fifth, Sixth, and Seventh Causes of Action; for other relief set forth in the accompanying Memorandum of Law; and for such other and further relief as the Court finds just and proper.

Dated: Washington, D.C.
       July 18, 2014

                                                            /s/  Baruch Weiss
                                                            Baruch Weiss
                                                            Arnold & Porter LLP

555 Twelfth Street, NW
Washington, D.C. 20004-1206
(202) 942-6819
(202) 942-5999 (fax)
Baruch.Weiss@aporter.com

ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022

*Counsel for Plaintiff T-Jat Systems 2006 Ltd.*