UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
    :
T-JAT SYSTEMS 2006 LTD.,    :
    :
                            Plaintiff,    :    13-CV-5356 (JMF)
    :
           -v-    :    <u>ORDER</u>
    :
AMDOCS SOFTWARE SYSTEMS LIMITED et al.,    :
    :
                       Defendants.    :
    :
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/22/2014

JESSE M. FURMAN, District Judge:

       Defendants shall file their opposition to Plaintiff's pending motion to vacate a portion of the arbitration award (Docket No. 93) by **August 1, 2014**.  Plaintiff's reply, if any, shall be filed by **August 8, 2014**.

       In light of that briefing schedule, and the parties' status letters indicating that no further discovery is necessary in this matter (Docket Nos. 90, 94), the conference previously scheduled for July 23, 2014 is hereby CANCELLED.  If either party believes that a conference is necessary, that party should promptly notify the Court by letter.

       SO ORDERED.

Dated: July 22, 2014
       New York, New York

                                               _____
                                                   JESSE M. FURMAN
                                                United States District Judge