UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
T-JAT SYSTEMS 2006 LTD.,

            Petitioner,

   - against -

AMDOCS SOFTWARE SYSTEMS LIMITED,
AMDOCS LIMITED, AMDOCS, INC. and
SINGAPORE TELECOMMUNICATIONS
LIMITED

            Respondents.

------------------------------------------------------------X

No. 13 CIV 5356 (JMF)

**DECLARATION OF ERIC A. PRAGER PURSUANT TO LOCAL RULE 1.4**

I, Eric A. Prager, declare as follows:

    1.    I am a partner in the law firm of K&L Gates LLP, counsel to Defendants Amdocs Software Systems Limited, Amdocs Limited, and Amdocs, Inc. (together "Amdocs") in the above-captioned action. I have personal knowledge of the specific matters asserted herein.

    2.    I submit this declaration in support of the motion of K&L Gates LLP, David A. Bateman, and myself to withdraw as counsel in this action.

    3.    Amdocs have engaged the law firm Wilmer Cutler Pickering Hale and Dorr LLP to substitute for K&L Gates LLP as counsel in this matter. Wilmer Cutler Pickering Hale and Dorr LLP has entered attorney appearances in this action.

    WHEREFORE, I respectfully request that the Court enter an Order, substantially in the form as the proposed order submitted herewith, authorizing K&L Gates LLP, David A. Bateman, and myself to withdraw as counsel for Amdocs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 24, 2014

_____
Eric A. Prager