```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/25/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
T-JAT SYSTEMS 2006 LTD.,                                             :
                                                                     :
                        Plaintiff,                     :     13-CV-5356 (JMF)
                                                                     :
                  -v-                                      :        ORDER
                                                                     :
AMDOCS SOFTWARE SYSTEMS LIMITED et al.,                              :
                                                                     :
                        Defendants.                  :
                                                                     :
-------------------------------------------------------------------- X

JESSE M. FURMAN, District Judge:

       On July 24, 2014, K&L Gates LLP, Eric A. Prager, and David A. Bateman filed a motion pursuant to Local Rule 1.4 to be relieved as counsel for Defendants Amdocs Software Systems Limited, Amdocs Limited, and Amdocs, Inc. in this action.  (Docket No. 97).

       Any opposition to this motion, whether from Defendants or Plaintiff, shall be filed by **August 1, 2014**.  Any reply shall be filed by **August 6, 2014**.  If no opposition is filed, the Court will grant the motion as unopposed.

       SO ORDERED.

Dated: July 25, 2014
       New York, New York

_____
JESSE M. FURMAN
United States District Judge