WILMERHALE

July 30, 2014

S. Calvin Walden

+1 212 937 7215 (t)
+1 212 230 8888 (f)
calvin.walden@wilmerhale.com

*Via ECF*

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re:  *T-Jat Systems 2006 Ltd. v. Amdocs Software Systems Limited, et al.*, No. 1:13-cv-05356

Dear Judge Furman:

I write on behalf of Defendants Amdocs Software Systems Limited, Amdocs Limited, and Amdocs, Inc. (collectively "Amdocs"), with the consent of opposing counsel for Plaintiff T-Jat Systems 2006 Ltd. ("T-Jat).

Amdocs submits this letter to ask that this Court "So Order" this letter, thereby authorizing the parties to file the future submissions associated with this matter under seal until further consideration by this Court.  Specifically,  Amdocs seeks to file its submissions in response to T-Jat's Motion to Vacate a Portion of the Arbitration Award ("T-Jat's Mot. to Vacate"), dated July 18, 2014, under seal on a temporary basis until the Court has the opportunity to further consider the issue.  Similarly, should the Court "So Order" this letter, T-Jat will thereafter file its reply brief and any associated submissions under seal on the same temporary basis.

T-Jat filed its submissions in support of its Mot. to Vacate under seal, with the permission of the Court.  Amdocs will be filing its responsive submissions on Friday, August 1, 2014.  At that time, Amdocs will also file a notice of cross-motion to confirm and for costs and attorneys' fees publicly via ECF.  While the notice will be filed publicly, it is our intention, subject to the permission of the Court, to file the documentation in support of that cross-motion under seal.  On Friday, August 8, 2014, T-Jat will file its reply in the motion to vacate under seal, and on August 15, 2014, T-Jat will file its opposition to the cross-motion, and on August 22, Amdocs will file its reply.  If the Court "So Orders" this letter, all these filings will be under seal.

Both parties now respectfully request that the Court issue an order authorizing  the filing of the above-described pleadings under seal, until both parties have an opportunity to present their positions regarding sealed filings to the Court for consideration.

We respectfully request that you "So Order" this letter.

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Beijing    Berlin    Boston    Brussels    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington

WILMERHALE

Hon. Jesse M. Furman
July 30, 2014
Page 2

Respectfully submitted,

/s/ S. Calvin Walden

S. Calvin Walden

*Counsel for Defendants*
*Amdocs Software Systems Limited,*
*Amdocs Limited, and Amdocs, Inc.*

The parties are hereby authorized to file their submissions under seal until further order of this Court.

So Ordered:

_____
Jesse M. Furman
U.S. District Judge
Southern District of New York