UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
                                                             )
T-JAT SYSTEMS 2006 LTD.,                                     )
                                                             )
                            Plaintiff,                       )
                                                             )
               v.                                            )   Case No. 1-13-cv-5356 (JMF)
                                                             )
AMDOCS SOFTWARE SYSTEMS                                      )
LIMITED et al.,                                              )
                                                             )
                            Defendant.                       )
                                                             )
-------------------------------------------------------------X
```

### CORRECTED NOTICE OF AMDOCS' CROSS-MOTION
### TO CONFIRM ARBITRATION AWARD AND
### FOR THE AWARD OF COSTS AND ATTORNEYS' FEES

PLEASE TAKE NOTICE that, upon the accompanying sealed 1) Memorandum of Law In Opposition to T-Jat's Motion to Vacate and in Support of Amdocs' Cross-Motion to Confirm Arbitration Award and for the Award of Costs and Attorneys' Fees, and 2) Declaration of Sanket J. Bulsara dated July 18, 2014 and sealed exhibits attached thereto, Defendants move this Court for an Order pursuant to Section 9 of the Federal Arbitration Act (9 U.S.C. §§ 1-16), confirming the Final Award issued by the International Centre for Dispute Resolution on April 18, 2014, in the international arbitration *T-Jat Systems 2006 Ltd. v. Amdocs Software Systems Ltd.*, ICDR Case No. 50 117 T 00845 13; imposing sanctions in the form of costs and attorneys' fees against Plaintiff T-Jat Systems 2006 Ltd. under the Court's inherent powers; and for such other and further relief as the Court finds just and proper.

Dated: August 1, 2014

                                              s/ Sanket J. Bulsara

                                              S. Calvin Walden
                                              Sanket J. Bulsara
                                              Violetta G. Watson
                                              WILMER HALE
                                              7 World Trade Center
                                              250 Greenwich Street
                                              New York, NY 10007
                                              (212) 230-8000
                                              (212) 230-8888 (fax)

                                              *Attorneys for Defendants*
                                              *Amdocs Software Systems Limited,*
                                              *Amdocs Limited and Amdocs, Inc.*