# ARNOLD & PORTER LLP

**Baruch Weiss**
Baruch.Weiss@aporter.com

+1 202.942.6819
+1 202.942.5999 Fax

555 Twelfth Street, NW
Washington, DC 20004-1206

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/04/2014

July 31, 2014

<u>**VIA E-MAIL**</u>

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

     Re:    T-Jat Systems v. Amdocs Software, No. 1:13-cv-05356-JMF

Dear Judge Furman:

     Counsel for T-Jat submits this letter to correct the following in its Memorandum of Law in Support of T-Jat's Motion to Vacate a Portion of the Arbitration Award, filed under seal (ECF No. 92):

- Page 8, paragraph 1, line 3: The word "early" should be replaced with the word "late." The sentence should now read (the original text is crossed out and the replacement text is in italics): "During discovery in the arbitration proceedings, T-Jat learned that Amdocs's breach of the NDA dates back to at least ~~early~~ *late* 2011, when Amdocs executed an agreement called a Statement of Works ("SOW") with SingNet Private Limited ("SingNet"), SingTel's sister Internet company."

If the Court so desires, T-Jat will file an amended memorandum under seal with this one correction.

We respectfully request that you "So Order" this letter.

ARNOLD & PORTER LLP

The Honorable Jesse M. Furman
July 31, 2014
Page 2

        Respectfully Submitted,

        /s/ Baruch Weiss
        Baruch Weiss

        *Counsel for Plaintiff T-Jat Systems 2006 Ltd.*

It is hereby ORDERED that the word "early" as described above on page 8, line 3, of T-Jat's Memorandum of Law in Support of T-Jat's Motion to Vacate a Portion of the Arbitration Award shall be replaced with the word "late."

So Ordered:

_____
Jesse M. Furman
U.S. District Judge
Southern District of New York

August 4, 2014