USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/14/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
             :
T-JAT SYSTEMS 2006 LTD.,              :
             :
                        Plaintiff,              :          13-CV-5356 (JMF)
             :
                        -v-                       :          <u>ORDER</u>
             :
AMDOCS SOFTWARE SYSTEMS LIMITED et al.,    :
             :
                        Defendants.            :
             :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On July 24, 2014, K&L Gates LLP, Eric A. Prager, and David A. Bateman filed a motion pursuant to Local Rule 1.4 to be relieved as counsel for Defendants Amdocs Software Systems Limited, Amdocs Limited, and Amdocs, Inc. in this action. (Docket No. 97). The following day, the Court indicated that if no opposition were filed to the motion by August 1, 2014, the Court would grant the motion as unopposed. (Docket No. 99).

        That deadline has come and gone, and no opposition has been filed. Accordingly, the motion to withdraw is hereby GRANTED. The Clerk of the Court is directed to terminate Docket No. 97 and terminate K&L Gates LLP, Eric A. Prager, and David A. Bateman as counsel for Defendants Amdocs Software Systems Limited, Amdocs Limited, and Amdocs, Inc.

        SO ORDERED.

Dated: August 14, 2014                       _____
        New York, New York                     JESSE M. FURMAN
                                                       United States District Judge