# ARNOLD & PORTER LLP

**Baruch Weiss**
Baruch.Weiss@aporter.com

+1 202.942.6819
+1 202.942.5999 Fax

555 Twelfth Street, NW
Washington, DC 20004-1206

August 15, 2014

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

    Re:    T-Jat Systems v. Amdocs Software, No. 1:13-cv-05356-JMF

Dear Judge Furman:

T-Jat files this letter in opposition to Amdocs's request that the Court impose sanctions in the form of costs and attorneys' fees. Amdocs Opp'n Mot. Vacate at 23. T-Jat believes Amdocs's request lacks merit and does not require briefing, unless, of course, the Court so requests.

Dated: Washington, D.C.
         August 15, 2014

Respectfully Submitted,

/s/ Baruch Weiss
Baruch Weiss
*Counsel for Plaintiff T-Jat Systems 2006 Ltd.*