USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
    :
T-JAT SYSTEMS 2006 LTD.,    :
    :
                      Plaintiff,    :    13-CV-5356 (JMF)
    :
         -v-    :    ORDER
    :
AMDOCS SOFTWARE SYSTEMS LIMITED et al.,    :
    :
                      Defendants.    :
    :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On July 18, 2014 (Docket No. 92), and July 31, 2014 (Docket No. 101), the Court granted the parties' requests to file their submissions under seal temporarily. It is well established, however, that "a presumption of immediate access [to judicial documents] applies under both the common law and the First Amendment." *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 113 (2d Cir. 2006). Before a court can allow parties to file sealed judicial documents, therefore, it must analyze each document at issue under the common law and First Amendment tests, making a particularized decision about whether sealing is both justified and narrowly tailored to the interests justifying such sealing. *See id.* at 119–20 (describing both tests and their document-specific factors).

        Accordingly, by no later than **two weeks** from the date of this Order, the parties shall submit memoranda of law, not to exceed **ten pages** each, addressing whether the submissions in this case should remain under seal. If a party believes that a document should be redacted instead of sealed in its entirety, it must — in accordance with the Court's Individual rules and Practices — e-mail the Court (Furman_NYSDChambers@nysd.uscourts.gov) both a copy of the document with the proposed redactions and a copy of the document highlighting what information has been redacted.

        SO ORDERED.

Dated: October 28, 2014                      _____
       New York, New York                      JESSE M. FURMAN
                                                United States District Judge