# ARNOLD & PORTER LLP

**Baruch Weiss**
Baruch.Weiss@aporter.com

+1 202.942.6819
+1 202.942.5999 Fax

555 Twelfth Street, NW
Washington, DC 20004-1206

October 30, 2014

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2014
```

**VIA E-MAIL**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

      Re:    T-Jat Systems v. Amdocs Software, No. 1:13-cv-05356-JMF

Dear Judge Furman:

      We received the Court's Order of October 28, 2014, asking the parties to address the issue of which submissions should remain under seal. As we began our review of the record to comply with that Order, we noticed that one of the exhibits attached to our Motion to Vacate (filed under seal, ECF No. 92), was inadvertently filed in incomplete form. We submit this letter seeking leave to substitute the full exhibit for the incomplete exhibit.

      The relevant exhibit is Exhibit M. The complete version of the exhibit consists of a Statement of Works with two appendices, but the incomplete version as filed includes only the Statement of Works, without the two appendices. It is one of those two appendices, however, that was the primary reason that T-Jat cited the exhibit in the first place. The appendix contains the relevant material supporting the proposition set forth at page 8 of T-Jat's motion, and at footnote 3 of the same page.

      Attached is the exhibit in its complete form. We have labeled it M-1. Page 161 of Exhibit M-1 (i.e., the second to last page of the exhibit) is the relevant page that supports the proposition for which the exhibit is cited at page 8 of the motion.

      While we see no need to file this letter and the attached Exhibit M-1 under seal, we do not seek to foreclose Amdocs from making any arguments it wishes to make about the sealing of this document; consequently, as a precaution, we move for leave to file this

# ARNOLD & PORTER LLP

October 30, 2014
Page 2

letter and the attached exhibit temporarily under seal until this Court has resolved the issue of what, if anything, should remain under seal in this case.

We respectfully request that you "So Order" this letter.

Respectfully Submitted,

*[signature]*

Baruch Weiss
*Counsel for Plaintiff T-Jat Systems 2006 Ltd.*

It is hereby ORDERED that the document labeled "Exhibit M-1" submitted under seal as an attachment to this Letter shall replace the previously filed Exhibit M to the Memorandum of Law in Support of T-Jat's Motion to Vacate a Portion of the Arbitration Award.

Exhibit M-1 is sealed pending further order of the Court. The Court sees no reason, however, why this letter itself needs to be filed or maintained under seal.

So Ordered:

*[signature]*

JESSE M. FURMAN
United States District Judge

Dated: October 31, 2014
New York, New York