UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
: 
T-JAT SYSTEMS 2006 LTD.,                                           :
:  No. 1:13-cv-5356 (JMF)
Plaintiff,                                :
:  **DECLARATION OF DR. OLEG**
-v-                                       :  **GOLOBRODSKY**
:
AMDOCS SOFTWARE SYSTEMS LIMITED et al.,   :
:
Defendants.                               :
:
------------------------------------------------------------------ X

I, Dr. Oleg Golobrodsky, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the co-founder, Chairman of the Board and Executive Vice President of T-Jat Systems 2006 Ltd. ("T-Jat"). I respectfully submit this declaration based on my personal knowledge and upon information available to me.

2. I hold a Ph.D. in computer science, and I also hold a diploma in Global Management from Higher Economic School in Toulouse, France. I was a professor at Bar-Ilan University in Israel and I am a member of the Presidium of Israeli Chamber of Information Systems Analysts.

3. Counsel for T-Jat has discussed with me the Court's Order of October 28, 2014, regarding unsealing. I have indicated to T-Jat's counsel that a limited amount of information should remain under seal because such information constitutes T-Jat trade secrets. T-Jat's counsel has highlighted this information for the Court.

4. T-Jat has worked since 2006 and has spent tens of millions of dollars in developing the trade secrets referred to in the text marked for redaction.

5. These trade secrets, if made public, would significantly shorten the time necessary for any of our competitors to replicate the system that T-Jat has developed. Such public access would cause T-Jat significant harm.

Executed on November 11, 2014      Dr. Oleg Golobrodsky
Washington, D.C.