USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
T-JAT SYSTEM 2006 LTD.,

      Plaintiff,

-against-

AMDOCS SOFTWARE SYSTEMS
LIMITED et al.,

      Defendants.
-----------------------------------------------------------X

13 CIVIL 5356 (JMF)

**JUDGMENT**

  Whereas on April 18, 2014, the arbitrator (the "Arbitrator") having issued an award, finding that Amdocs had inadvertently breached its agreement with T-Jat by sharing T-Jat's technology more broadly than permitted; the Arbitrator however, rejected T-Jat's other claims, including claims of trade-secret misappropriation and breach of the parties' non-disclosure agreement; T-Jat having moved to vacate the Arbitrator's award to the extent that it rejected those other claims on the ground that Arbitrator committed manifest disregard of the terms of the parties' contract and of the law; Defendants having cross-moved to confirm the award and for sanctions; both Plaintiff and Defendants having also requested that the Court seal certain documents submitted in connection with their cross-motions, and the matter having been brought before the Honorable Jesse M. Furman, United States District Judge, and the Court, on January 29, 2015, having issued its Opinion and Order denying T-Jat's motion to vacate the arbitration award, granting Amdocs's motion to confirm the award and denying Amdocs's motion for sanctions, granting T-Jat's motion for leave to redact certain documents, while granting in part and denying in part Amdocs's request to file certain documents in redacted form or under seal, and directing the Clerk of Court to close the case, it is,

  **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Opinion and Order dated January 29, 2015, T-Jat's motion to vacate the arbitration award is denied; Amdocs's motion to confirm the award is granted, and Amdocs's motion for sanctions is denied; in addition, T-Jat's motion for leave to redact certain documents is granted, while Amdocs's request to file certain documents in redacted form or under seal is granted in part and denied in part; accordingly, the case is closed.

**Dated:** New York, New York
January 30, 2015

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____