# WILMERHALE

February 5, 2015

**S. Calvin Walden**

+1 212 937 7215 (t)
+1 212 230 8888 (f)
calvin.walden@wilmerhale.com

*Via ECF*

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re:  *T-Jat Systems 2006 Ltd. v. Amdocs Software Systems Limited, et al.*, No. 1:13-cv-05356

Dear Judge Furman:

Pursuant to the Court's Order of January 29, 2015, I write to inform the Court that Defendants Amdocs Software Systems Limited, Amdocs Limited, and Amdocs, Inc. (collectively "Amdocs") will not be submitting any additional proposed redactions to the documents it had originally requested to be filed under seal.  As directed by the Order, the parties will coordinate to file publicly all necessary documents and file with the Sealed Records Department all documents permitted to be filed under seal or in redacted form, on February 9, 2015.


Respectfully submitted,

/s/ S. Calvin Walden

S. Calvin Walden
*Counsel for Amdocs*