UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
                                                                    :

T-JAT SYSTEMS 2006 LTD.,                           :

                                                                    :  No. 1:13-cv-5356 (JMF)
                         Plaintiff,                 :

                                                                      :  **DECLARATION OF BARUCH**
   -v-                                                 :  **WEISS IN SUPPORT OF**
                                                                      :  **REPLY TO AMDOC's**
AMDOCS SOFTWARE SYSTEMS LIMITED et al.,   :  **OPPOSITION TO T-JAT's**
                                                                      :  **MOTION TO VACATE A**
                         Defendants.              :  **PORTION OF THE**
                                                                      :  **ARBITRATION AWARD**
------------------------------------------------------------------- X

BARUCH WEISS declares:

1. I am an attorney admitted to Bar of the State of New York and the Bar of this Court, and a member of the firm of Arnold & Porter, LLP, attorneys for the Plaintiff. I submit this declaration in support of the T-Jat's Reply to Amdoc's Opposition to T-Jat's Motion to Vacate a Portion of the Arbitration Award. I believe the following to be true.

2. Attached hereto as Exhibit Y[1] is a true and correct copy of T-Jat's Exhibit No. 224 to the arbitration hearing in *T-Jat Systems 2006 Ltd. v. Amdocs Software Systems Ltd*, ICDR Case No. 50 117 T 00845 13.

3. Attached hereto as Exhibit Z is a true and correct copy of a July 15, 2012 e-mail from Dr. Oleg Golobrodsky to Guy Galon, Avi Mizrahi, and Yossi Raveh with an attachment entitled Tjat FUSE System Data Encryption Explanation Document

---

[1] Exhibits A - X accompanied the Declaration of Baruch Weiss in Support of T-Jat's Motion to Vacate a Portion of the Arbitration Award, filed on July 18, 2014.

4. Attached hereto as Exhibit AA is a true and correct copy of a July 11, 2012 e-mail from Dr. Oleg Golobrodsky to Guy Galon with an attachment entitled Tjat FUSE System Operations Guide (July 2012).

5. Attached hereto as Exhibit BB is a true and correct copy of a June 23, 2011 e-mail from Gidi Drori to Garry Munden with an attachment entitled Tjat Unified Contact List: Trial Proposal Optus Australia).

6. Attached hereto as Exhibit CC is a true and correct copy of a June 28, 2012 e-mail from Dr. Oleg Golobrodsky to Yossi Raveh, Avi Mizrahi, Guy Galon, and Gideon Drori with the following attachments: (1) Tjat Fuse API ATP, Draft 1 (Apr. 2012), (2) Tjat FUSE System Installation Guide (May 2012), (3) Tjat FUSE System Operations Guide (June 2012), and (4) Tjat Technical Handbook (June 2012).

7. Attached hereto as Exhibit DD is a true and correct copy of T-Jat's Exhibit No. 384 to the arbitration hearing in *T-Jat Systems 2006 Ltd. v. Amdocs Software Systems Ltd*, ICDR Case No. 50 117 T 00845 13.

8. Attached hereto as Exhibit EE is a true and correct copy of T-Jat's Exhibit No. 27 to the arbitration hearing in *T-Jat Systems 2006 Ltd. v. Amdocs Software Systems Ltd*, ICDR Case No. 50 117 T 00845 13.

9. Attached hereto as Exhibit FF is a true and correct copy of T-Jat's Exhibit No. 192 to the arbitration hearing in *T-Jat Systems 2006 Ltd. v. Amdocs Software Systems Ltd*, ICDR Case No. 50 117 T 00845 13.

10. Attached hereto as Exhibit GG is a true and correct copy of T-Jat's Exhibit No. 195 to the arbitration hearing in *T-Jat Systems 2006 Ltd. v. Amdocs Software Systems Ltd*, ICDR Case No. 50 117 T 00845 13.

11. Attached hereto as Exhibit HH is a true and correct copy of T-Jat's Exhibit No. 196 to the arbitration hearing in *T-Jat Systems 2006 Ltd. v. Amdocs Software Systems Ltd*, ICDR Case No. 50 117 T 00845 13.

12. Attached hereto as Exhibit II is a true and correct copy of T-Jat's Exhibit No. 203 to the arbitration hearing in *T-Jat Systems 2006 Ltd. v. Amdocs Software Systems Ltd*, ICDR Case No. 50 117 T 00845 13.

13. Attached hereto as Exhibit JJ is a true and correct copy of T-Jat's Exhibit No. 197 to the arbitration hearing in *T-Jat Systems 2006 Ltd. v. Amdocs Software Systems Ltd*, ICDR Case No. 50 117 T 00845 13.

14. Attached hereto as Exhibit KK is a true and correct copy of T-Jat's Exhibit No. 167 to the arbitration hearing in *T-Jat Systems 2006 Ltd. v. Amdocs Software Systems Ltd*, ICDR Case No. 50 117 T 00845 13.

15. Attached hereto as Exhibit LL is a true and correct copy of T-Jat's Exhibit No. 24 to the arbitration hearing in *T-Jat Systems 2006 Ltd. v. Amdocs Software Systems Ltd*, ICDR Case No. 50 117 T 00845 13.

16. Attached hereto as Exhibit MM is a true and correct copy of T-Jat's Exhibit No. 263 to the arbitration hearing in *T-Jat Systems 2006 Ltd. v. Amdocs Software Systems Ltd*, ICDR Case No. 50 117 T 00845 13.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 8, 2014

/s/ Baruch Weiss
Baruch Weiss