UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
                                        )
T-JAT SYSTEMS 2006 LTD.,                )
                                        )
                     Plaintiff,         )
                                        )
            v.                          )    Case No. 1-13-cv-5356 (JMF)
                                        )
AMDOCS SOFTWARE SYSTEMS                  )
LIMITED et al.,                         )
                                        )
                     Defendant.         )
                                        )
------------------------------------------------------------X
```

**<u>DECLARATION OF SANKET J. BULSARA IN OPPOSITION TO
T-JAT'S MOTION TO VACATE AND IN SUPPORT OF
AMDOCS' CROSS-MOTION TO CONFIRM ARBITRATION AWARD
AND FOR THE AWARD OF COSTS AND ATTORNEYS' FEES</u>**

I, Sanket J. Bulsara, declare as follows:

1.      I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250

Greenwich Street, New York, NY 10007, and counsel for Defendants Amdocs Software

Systems Limited, Amdocs Limited and Amdocs, Inc. (collectively "Amdocs").  I submit

this declaration in opposition to T-Jat's Motion to Vacate a Portion of the Arbitration

Award, and in support of Amdocs' Cross-Motion to Confirm Arbitration Award and for

the Award of Costs and Attorneys' Fees.

2.      Attached hereto as Exhibit 1 is a true and accurate copy of the Final Award in *T-Jat*

*Systems 2006 Ltd. v. Amdocs Software Systems Limited et al.*, ICDR Case No. 50 117 T

00845 13, issued on April 18, 2014.

3.      Attached hereto as Exhibit 2 is a true and accurate copy of the UC Development Timeline demonstrative presented by Amdocs at the arbitration hearing in *T-Jat Systems 2006 Ltd. v. Amdocs Software Systems Limited et al.*, ICDR Case No. 50 117 T 00845 13.

4.      Attached hereto as Exhibit 3 is a true and accurate copy of Amdocs' Post-Hearing Brief submitted in *T-Jat Systems 2006 Ltd. v. Amdocs Software Systems Limited et al.*, ICDR Case No. 50 117 T 00845 13, on March 13, 2014.

5.      Attached hereto as Exhibit 4 is a true and accurate copy of Amdocs' Post-Hearing Reply Brief submitted in *T-Jat Systems 2006 Ltd. v. Amdocs Software Systems Limited et al.*, ICDR Case No. 50 117 T 00845 13, on March 21, 2014.

6.      Attached hereto as Exhibit 5 is a true and accurate copy of the letter dated May 16, 2014, from Charles B. Manuel, Jr. to Arbitrator Tobey B. Marzouk.

7.      Attached hereto as Exhibit 6 is a true and accurate copy of the Disposition of Request for Correction of Award of Arbitrator in *T-Jat Systems 2006 Ltd. v. Amdocs Software Systems Limited et al.*, ICDR Case No. 50 117 T 00845 13, dated June 5, 2014.

8.      Attached hereto as Exhibit 7 is a true and accurate copy of Claimant's Pre-Hearing Brief submitted in *T-Jat Systems 2006 Ltd. v. Amdocs Software Systems Limited et al.*, ICDR Case No. 50 117 T 00845 13, on February 14, 2014.

9.      Attached hereto as Exhibit 8 is a true and accurate copy of T-Jat's Exhibit No. 387 submitted in the arbitration hearing in *T-Jat Systems 2006 Ltd. v. Amdocs Software Systems Limited et al.*, ICDR Case No. 50 117 T 00845 13.

10.     Attached hereto as Exhibit 9 is a true and accurate copy of Amdocs' Exhibit No. 2 submitted in the arbitration hearing in *T-Jat Systems 2006 Ltd. v. Amdocs Software Systems Limited et al.*, ICDR Case No. 50 117 T 00845.

11.    Attached hereto as Exhibit 10 is a true and accurate copy of the Rebuttal Expert Report of

David S. Linthicum submitted in *T-Jat Systems 2006 Ltd. v. Amdocs Software Systems*

*Limited et al.*, ICDR Case No. 50 117 T 00845 13, on February 13, 2014.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 1, 2014

Sanket J. Bulsara